### COLLINS, Appellant, *v.* COLLINS, Respondent.

*(Supreme Court, General Term, First Department.   January 16, 1891.)*

No opinion.   Motion denied.   See 11 N. Y. Supp. 941, *mem.*

---

### *In re* PALMER.

*(Supreme Court, General Term, First Department.   January 16, 1891.)*

No opinion.   There is no necessity for order to show cause, as the motion cannot be heard January term.   Application may be made on motion.   See 13 N. Y. Supp. 675.

---

### GENET, Appellant, *v.* PRESIDENT, ETC., OF THE DELAWARE & H. CANAL Co., Respondent.

*(Supreme Court, General Term, First Department.   January 16, 1891.)*

No opinion.   Motion denied.   See 12 N. Y. Supp. 572; 13 N. Y. Supp. 394, *mem.*

---

### SICKLES, Sheriff, *v.* WILDMERDING *et al.*
### SULLIVAN *v.* SAME.

*(Supreme Court, General Term, First Department.   January 16, 1891.)*

No opinion.   Motion denied.   See 13 N. Y. Supp. 43.

---

### *In re* BOLTON.

*(Supreme Court, General Term, First Department.   February 11, 1891.)*

No opinion.   Reargument ordered.   See 9 N. Y. Supp. 940, *mem;* 14 N. Y. Supp. 347.

---

### CAMP, Respondent, *v.* REDMOND, Appellant.

*(Supreme Court, General Term, First Department.   February 11, 1891.)*

No opinion.   Application denied.   See 13 N. Y. Supp. 103.

---

### RICHMOND *v.* RAILWAY REGISTER MANUF'G Co.

*(Supreme Court, General Term, First Department.   February 11, 1891.)*

No opinion.   Application denied.   See 12 N. Y. Supp. 358.

---

### BRADHURST *v.* FIELD.

*(Supreme Court, General Term, First Department.   February 11, 1891.)*

No opinion.   Order should be extended, upon giving such stipulation as would protect estate.   See 10 N. Y. Supp. 452; 13 N. Y. Supp. 60.

---

### *In re* GALL'S WILL.

*(Supreme Court, General Term, Second Department.   February 9, 1891.)*

No opinion.   Order affirmed.   See 10 N. Y. Supp. 661; 13 N. Y. Supp. 950, *mem.*